UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
23-20500-CR-ALTMAN/BECERRA
Case No. _____

IN RE SEALED INDICTMENT
_____/

FILED BY____MP____D.C.
Dec 21, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, arrest warrants, and any resulting order be SEALED until the arrest of the defendants or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendants may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Date: December 21, 2023

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Jacob Koffsky
JACOB KOFFSKY
Assistant United States Attorney
U.S. Attorney's Office – SDFL
Florida Bar No.: 1018115
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9386
Email: Jacob.Koffsky@usdoj.gov