**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**23-20500-CR-ALTMAN/BECERRA**
Case No. _____

**IN RE SEALED INDICTMENT**

_____/

FILED BY_____MP_____D.C.

*Dec 21, 2023*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**SEALING ORDER**

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrants, and this Order, and the Court finding good cause:

IT IS HEREBY ORDERED that the Indictment, arrest warrants, and this Order shall be filed under seal until the arrests of the defendants or until further order of this Court. However, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in Miami, Florida, this 21 day of December, 2023.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

CC:   Jacob Koffsky, Assistant United States Attorney