UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20500-CR-ALTMAN

**UNITED STATES OF AMERICA,**

v.

**CARLOS AUGUSTO GUERRERO BLANCO,
ANGELO AGUSTIN COELLO CLEMENTE,
LUIS ALFONSO NOGUERA MARTINEZ,
LUIS EDUARDO RODULFO TORRES,** and
**ERICK JOSE MORENO RUIZ,**

*Defendants.*
_____/

## SEALED ORDER

The Court hereby **ORDERS** that the Defendants—**CARLOS AUGUSTO GUERRERO BLANCO, ANGELO AGUSTIN COELLO CLEMENTE, LUIS ALFONSO NOGUERA MARTINEZ, LUIS EDUARDO RODULFO TORRES,** and **ERICK JOSE MORENO RUIZ**—be transferred to Fugitive Status. This Order shall remain under seal until further order by the Court.

**DONE AND ORDERED** in the Southern District of Florida on January 23, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record
      Sealed Clerk