UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CR-20500-RKA

UNITED STATES OF AMERICA,
    *Plaintiff*,

vs.

LUIS ALFONSO NOGUERA MARTINEZ
    *Defendants.*
_____/

## **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

The Defendant, by and through undersigned counsel, submits his motion to continue the sentencing hearing presently scheduled for Monday, November 4, 2024 at 11:00 AM.

Undersigned counsel is set to begin a trial in the matter of *USA v. Verdecia Hernandez*, et. al., 23-CR-20421-RNS on Monday, November 4, 2024. The calendar call on that matter was held today (October 29, 2024) and the trial was confirmed to begin on November 4, 2024. Accordingly, the undersigned is requesting that the sentencing hearing in the instant matter be continued for three weeks to allow sufficient time to complete the trial in the Verdecia Hernandez matter and to prepare for the sentencing in this matter.

Undersigned counsel conferred with AUSA Jacob Koffsky who indicated he has no objection to the motion.

Wherefore, based on the foregoing, the Defendant request that the sentencing hearing be continued for three weeks.

                                                Respectfully submitted,

*Erick Cruz*
_____
Erick Cruz (Florida Bar #43628)
Attorney for Defendant
1108 Ponce de Leon Blvd.
Coral Gables, FL 33134
305-444-3844
305-721-1696 – Fax
Cruz@ErickCruzLaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:   *Erick Cruz*
_____
Erick Cruz